1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11   RONALD HUDSON,             )         CASE NO. CV 12-10452 AGR

12                   Plaintiff,    )

13          vs.                   )         JUDGMENT

14   CAROLYN W. COLVIN, Commissioner  )
    of Social Security,

15                           )

16                  Defendant.  )

17       In accordance with the Memorandum Opinion filed concurrently herewith,

18       IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

19   Commissioner of Social Security Administration.

20
21
22   DATED: August 12, 2013                                                                 

23                                           ALICIA G. ROSENBERG
                                  United States Magistrate Judge

24
25
26
27
28